**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---

Lazer Schwartz, individually and on behalf of all those similarly situated,

        Plaintiff,

-against-

M.L. Zager, P.C.,

        Defendant.

Docket No: 2:18-cv-09237-WHW-CLW

---

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: August 27, 2018

| | |
|---|---|
| **RIVKIN RADLER LLP** | **BARSHAY SANDERS, PLLC** |
| By: __/s John Robertelli__ | By: __/s Craig B. Sanders__ |
| John Robertelli, Esq. | Craig B. Sanders |
| 21 Main Street | 100 Garden City Plaza, Suite 500 |
| Hackensack, New Jersey 07601 | Garden City, New York 11530 |
| Tel: (201) 287-2460 | Tel. (516) 203-7600 |
| *Attorneys for Defendant* | Email: *ConsumerRights@BarshaySanders.com* |
| | Our File No: 115173 |
| | *Attorneys for Plaintiff* |

IT IS SO ORDERED:
S/ William H. Walls, USDJ
_____
U.S.D.J.